JTW: 10.19.20
BKM/PCM: USAO 2020R00708

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2020 OCT 21 PM 4:57

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
AT BALTIMORE

BY _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. SDT-20-0361 |
| JAMES IAN PICCIRILLI and | * | (Failure to Surrender for Service of |
| KELLIE NICOLE WARFIELD, | * | Sentence, 18 U.S.C. § 3146(a)(2); |
| | * | Aiding and Abetting, 18 U.S.C. § 2) |
| Defendants. | * | |

*******

## INDICTMENT

### COUNT ONE
(Failure to Surrender for Service of Sentence)

The Grand Jury for the District of Maryland charges that:

On or about March 16, 2020, in the District of Maryland, and elsewhere, the defendants,

**JAMES IAN PICCIRILLI and
KELLIE NICOLE WARFIELD,**

having been released pursuant to chapter 207 of Title 18, United States Code, while awaiting surrender for service of sentence after conviction in the United States District Court for the District of Maryland for a violation of Title 26, United States Code, Section 5861(d), an offense punishable by imprisonment for a term of five years or more, in Criminal No. SDT-19-060, entitled *United States v. James Ian Piccirilli*, and having been directed by the court to surrender to the institution designated by the United States Bureau of Prisons or to the United States Marshal by 2:00 p.m. on March 16, 2020, did knowingly and willfully fail to surrender for service of sentence as ordered by the court.

18 U.S.C. § 3146(a)(2)
18 U.S.C. § 2

*Robert K. Hur/bkm*
_____
Robert K. Hur
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED

Foreperson

Date  10/21/2020