**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CASE NO. ELH-20-361** |
| | * | |
| **JAMES IAN PICCIRILLI** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| | ******* | |

## NOTICE OF APPEARANCE

TO THE CLERK:

Please ENTER my appearance in this action as co-counsel for the United States of America.

Respectfully submitted,

Robert K. Hur
United States Attorney

_____/s/_____
Patricia C. McLane
Assistant United States Attorney
36 S. Charles Street, 4TH Floor
Baltimore, MD 21201
410-209-4800
Patricia.McLane@usdoj.gov