IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     *

vs.     *     Case No.   ELH-20-361

JAMES IAN PICCIRILLI     *

******

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by _____Brendan Hurson - AFPD_____, and the Government was represented by Assistant United States Attorney __Brandon Moore__, it is

**ORDERED,** this __13th__ day of __November__ __2020__, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_Thomas M. DiGirolamo_
Thomas M. DiGirolamo
United States Magistrate Judge