

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

NOV 1 6 2020

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**

\*

**v.**                                                        **Case No.   ELH-20-361**

**JAMES IAN PICCIRILLI**                    \*

\* \* \* \* \* \*

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above named Defendant having been found to be indigent and entitled to appointment of counsel under the Criminal Justice Act, and the government having proffered that they know of no conflict precluding appointment of the Public Defender,

IT IS ORDERED this ___13th___ day of__November_____, __2020___, that the Federal Public Defender for the District of Maryland is appointed to represent the above named Defendant.

*Thomas M. DiGirolamo*
_____
Thomas M. DiGirolamo
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Appointing Counsel