===================================================================

# *UNITED STATES DISTRICT COURT*
## ---------- DISTRICT OF MARYLAND -------

### APPEARANCE

UNITED STATES OF AMERICA

      v.                                         CASE NO.: ELH-20-361

JAMES IAN PICCIRILLI

\*   \*   \*   \*   \*   \*

NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

     Enter my appearance as counsel in this case for James Ian Piccirilli.   I certify that I am admitted to practice in this Court.


November 18, 2020                               /s/
Date                                         NATE SMITH (#813194)
                                               Assistant Federal Public Defender
                                               100 South Charles Street
                                               Tower II, Ninth floor
                                               Baltimore, Maryland 21201
                                               (410) 962-3962 (p)
                                               (410) 962-0872 (f)
                                               Email: nate_smith@fd.org