IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | * |
| | *   CRIMINAL NO. ELH-20-0361 |
| **JAMES IAN PICCIRILLI and** | * |
| **KELLIE NICOLE WARFIELD,** | * |
| | * |
| Defendants. | * |
| | * |
| ****** | |

## ORDER

The Court finds, upon the Government's Consent Motion to Exclude Time Under the Speedy Trial Act, that under 18 U.S.C. § 3161(h), the interests of justice will be served by continuing the trial date beyond the speedy trial date and that the ends of justice served by such a delay in the trial of this case outweigh the interests of the public and the Defendants in a speedy trial, in that:

a. The failure to grant this request in this proceeding would be likely to result in a miscarriage of justice;

b. The requested exclusion of time would account for the period that COVID-19 has either delayed trial or impaired defense counsel's communications with the Defendants, which affected the parties' ability to reach an agreement; it would account for the fact that criminal jury trials were suspended in the District of Maryland between March 2020 and August 2020, then again, effectively, between November 2020 and February 2021 due to the COVID-19 pandemic; and it would allow the parties sufficient time to prepare for trial should either Defendant withdraw from their plea agreements; and

c. The failure to set trial beyond the speedy trial date in this proceeding would deny

counsel for the Defendants and the attorneys for the Government the reasonable time necessary for effective preparation, considering the exercise of due diligence.

  THEREFORE, it is hereby ORDERED, this _____ day of _____, 2021, that:

  1.  The Government's Consent Motion is GRANTED; and

  2.  The period from July 12, 2021, to September 24, 2021, shall be excluded from calculation under the Speedy Trial Act.

               _____
               HON. ELLEN L. HOLLANDER
               UNITED STATES DISTRICT JUDGE