Mary H. Davis
7138 Brangles Road
Marriottsville, Md
21104

The Most Honorable Judge Ellen Hollander
Edward A. Garmatz United States District Courthouse

Dear Judge Hollander:

This letter will be very biased. I am Jim's grandmother. I will try to focus just on the time Jim lived his confinement with me.

I have a-fib plus seven TIAs (mini strokes) and had been receiving around the clock care. Jim needed an approved residence in which to be confined. I needed someone with me. Jim living with me sounded like the perfect solution.

Jim kept himself busy building and painting (not bad smelling), playing his guitar, writing music, watching tv.

Jim took care of all my needs, anticipating most. We seemed to get hungry about the same time. Eye drops so gentle, I didn't feel them. I enjoyed some new foods: white pizza, tortellini (delicious),

his specialty, pancakes – the best!

Jim smoked (not any more) He does not like the smell of cigarettes and neither do I. Jim only smoked on the balcony.

This little glimpse of Jim's confinement is how I've always known him – kind, caring gentle!

I miss being tucked into bed.

Sincerely,
Grandmom

P.S. Jim built models of planes, ships, tanks, cars & trucks with great precision. (addendum to paragraph 3)

