# PSYCHOLOGICAL REPORT

**Name:** James (Jim) Piccirilli
**DOB:** 03/22/81
**School:** Chapelgate Christian Academy (Grade 10; retained in preschool)
**Test:** WISC-III
**Date:** 09/30/97

**Reason for Referral:**

An evaluation was requested by the mother because a learning disability is suspected. Major concerns for Jim include previously identified Attention Deficit/Hyperactivity Disorder and lack of organization.

**Background Information:**

Jim has been previously identified as having Attention Deficit/Hyperactivity Disorder. He was on medication (Ritalin) last school year. While on medication Jim did well in school. However, he went off medication during the school year and then his grades began to fall. He finished ninth grade off of medication. This current school year, in tenth grade, Jim is taking Adderall (10 mg.bid) with mixed benefits. Jim's pediatrician, Dr. Bruce Wells made the diagnosis of Attention Deficit/Hyperactivity Disorder.

**Behavioral Observations:**

Jim is a delightful, intense, sixteen year six month old, male tenth grader with blonde hair worn in a pony tail and blue eyes. Jim is thinly built and talks quite fast. He came willingly to the evaluation room, having no difficulty separating from his parent. In conversations with the examiner, Jim shared the following information about both home and school.

With regards to school, Jim has attended Chapelgate Christian Academy since ninth grade. Previously, he attended a private school named Resurrection St. Paul from grades one through eight. Jim's favorite school subjects include Math and History. He finds English to be difficult because "I don't like writing. I hate writing." Jim also indicated that his writing is sloppy and it takes him a long time to complete writing assignments. Jim is not currently involved in any extracurricular activities at his school. Jim shared that he has many friends who attend Liberty High School.

At home, Jim lives with his mother, father, younger brother Pat (age-13) and younger sister Jackie (age-9 or 10). Jim shared that his mother works at Resurrection St. Paul School in the cafeteria. His father owns and runs a quarry in the Marriottsville area. Jim indicated that his favorite activities