Professor John H Davis III
1131 Felton Rd
Red Lion, PA 17356

The Most Honorable Judge Ellen Hollander.
Edward A Garmatz United States District Courthouse

Dear Judge Hollander,

My name is John H Davis III, and I am James I Piccirilli's uncle. I am a retired Associate Professor Emeritus from the Community College of Baltimore County , Catonsville, teaching the General Motors Automotive Service Educational degree program from 1988 through 2017. I have also served in the U.S. Army Reserves from 1969 to 1985 as a Chief Warrant Officer.

James is a person of good moral and non-violent character. He has always been reliable, trust worthy and overall good person. We always saw each other during every year at holidays, birthdays and anniversary celebrations.

An example of James character is as follows. Once, about midnight, I was driving through the Baltimore Harbor Tunnel, the vehicle I was driving developed a break in the automatic transmission cooler line spilling about 10 quarts of ATF through the tunnel. Having just finished teaching an evening class, I was tired and agitated. I made a couple phone calls to see if I could get any assistance. I was able to reach James and within an hour he came to my rescue with hose, clamps and a case of ATF. I was parked between the toll facility and the end of the tunnel. We were able to repair the line, fill the transmission with fluid and I was on my way home. Without James assistance I would have been saddled with both a towing and repair bill. At the time I was working extra hours to help make ends meet and I could not have afforded the towing and repairs. I am eternally grateful for his kindness.

I would like to take this time to say that although James has been accused of wrongdoing, I know it wasn't done maliciously; it was a result of over enthusiasm and poor judgment.

I trust the information I have submitted will be taken into consideration, and you will judge James fairly.

Sincerely,

John H Davis III