To Judge Ellen Hollander

Your Honor, I, John Dennis Kellum jr., grew up with Jim Piccirilli's father. I have known Jim for a long time. He has always been an upstanding young man. Always with a smile and respect. Always ready to help anyone out with anything. He is dedicated to his family and children. I trust Jim 100%, he is a good friend.

        Thank you,
         John D. Kellum jr.
         201 1st ave
         Lansdowne , Md.
          21227